```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                        DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: July 28, 2014
------------------------------------------------------------X
                                                :
HAROLD R. LANIER, on behalf of himself          :
individually and on behalf of others            :
similarly situated,                             :     14-cv-3745 (KBF)
                                                :     14-cv-3865 (KBF)
                                Plaintiff,      :     14-cv-3866 (KBF)
                -v-                             :
                                                :         ORDER
BATS EXCHANGE INC., et al.,                     :
                                                :
                                Defendants.     :
                                                :
------------------------------------------------------------X
```

KATHERINE B. FORREST, District Judge:

At approximately 2:20 p.m. on July 28, 2014, counsel for plaintiffs and defendants called the Court on a single line to request that the initial pre-trial conference be rescheduled to **July 31, 2014** at **12:00 p.m.** The Court grants this request. As stated in the Court's order dated July 25, 2014 (ECF No. 63), counsel may appear at this conference telephonically. To do so, counsel shall call the Court **on a single line** at **(212) 805-0139** at the time of the conference. There is no longer any need for counsel to file a letter on ECF proposing a time at which the conference could be held and whether the conference shall be telephonic, as the Court previously ordered counsel to do. (See ECF No. 63).

SO ORDERED.

Dated:      New York, New York
            July 28, 2014

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge