USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **NOV 0 3 2014**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAROLD R. LANIER, et al.,

    Plaintiffs,

-against-

BATS EXCHANGE INC., et al.,

    Defendants.

Case No. 14 CV 3866 (KBF)

**MOTION FOR WITHDRAWAL OF ATTORNEY**

PLEASE TAKE NOTICE that Defendant BOX Options Exchange LLC ("BOX") hereby moves this Court to allow the withdrawal of Colleen J. O'Loughlin of Bingham McCutchen LLP ("Bingham") as counsel of record for BOX in the above captioned action. Ms. O'Loughlin will be leaving Bingham shortly and is no longer representing BOX. Bingham remains counsel to BOX. Michael D. Blanchard, a partner at Bingham, has previously appeared on behalf of BOX in this action and is listed on the Court's docket sheet as their attorney.

Dated:  New York, New York
October 30, 2014

**BINGHAM McCUTCHEN LLP**

By: s/ Michael D. Blanchard
    Michael D. Blanchard
    One State Street
    Hartford, CT 06103
    Tel: (860) 240-2700
    michael.blanchard@bingham.com

*Attorneys for* BOX Options Exchange LLC

So ordered,
K.B. Fo[rrest]
USDJ
10/31/14

A/76501398.1